In the Matter of EDGAR T. APPLEBY et al., Appellants. JAMES F. WALSH PAPER COMPANY, Respondent.

Argued May 30, 1950; decided July 11, 1950.

*John B. Coman* and *Francis S. Appleby* for appellants.

*John K. Holbrook* and *William E. Mills, Jr.,* for respondent.

Order of Appellate Division reversed, and order of Official Referee affirmed, with costs in this court and in the Appellate Division. The weight of the evidence supports the finding of the Official Referee that $6,000 per annum is the fair and reasonable rental for the premises involved herein (Civ. Prac. Act, § 605). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.